| | |
|---|---|
| SAMUEL F. MILLER, ESQ.<br>(TN BPR No. 22936)<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C.<br>Baker Donelson Centre<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201<br>Telephone: (615) 726-5594<br>Facsimile: (615) 744-5594<br>smiller@bakerdonelson.com<br><br>TERRY J. MOLLICA, ESQ.<br>(CAL. SBN 139816)<br>CHIARELLI & MOLLICA LLP<br>2121 N. CALIFORNIA BLVD., SUITE 520<br>WALNUT CREEK, CA 94596<br>Telephone: (925) 262-4888<br>Facsimile: (925) 262-4889<br>TJM@CMLAWOFFICES.COM<br><br>Attorneys for Plaintiff's<br>KING PHARMACEUTICALS, INC.;<br>MONARCH PHARMACEUTICALS, INC.;<br>KING PHARMACEUTICALS RESEARCH<br>AND DEVELOPMENT, INC.;<br>and GENTRAC, INCORPORATED | MICHAEL H. RUBIN, ESQ.<br>(CAL. SBN 214636)<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>mrubin@wsgr.com<br><br>Attorneys for Non-Party,<br>GOOGLE, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KING PHARMACEUTICALS, INC.;<br>MONARCH PHARMACEUTICALS, INC.;<br>KING PHARMACEUTICALS RESEARCH<br>AND DEVELOPMENT, INC.; and<br>GENTRAC, INCORPORATED,<br><br>              Plaintiffs,<br>v.<br><br>ZYMOGENETICS, INC. and JOHN AND<br>JANE DOES 1-50. | Case No.: CV11-80017 MISC<br><br>[U.S.D.C. Eastern District of Tennessee Case<br>No.: 09-cv-00244]<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESETTING HEARING ON**<br>**MOTION TO COMPEL** |

STIPULATION AND [PROPOSED] ORDER RESETTING
HEARING ON MOTION TO COMPEL AND PROPOSED
ORDER

1

Case No.: CV11-80017 MISC

WHEREAS, King Pharmaceuticals has filed a Motion to Compel Production of Documents Pursuant to Subpeona *Duces Tecum* against Non-Party Google Inc., which is currently set for a hearing on April 17, 2011 ("the Motion");

WHEREAS, the parties are meeting and conferring regarding the subject of the Motion with the aim of resolving all outstanding issues prior to further briefing or a hearing taking place;

WHEREAS, additional time would be conducive to allowing the parties to complete their meet and confer efforts and resolve this matter without judicial intervention.

NOW, THEREFORE, the undersigned parties hereby stipulate and agree that the hearing of the Motion shall be continued by agreement of the parties from **April 19, 2011**, to **June 7, 2011**, commencing at **10:00 a.m.**, in Courtroom 2 of the Northern District of California, San Jose Division, the Hon. Magistrate Judge Howard R. Lloyd, presiding, with all other deadlines accordingly reset.

Dated: March 15, 2011

CHIARELLI & MOLLICA LLP

By _____
TERRY J. MOLLICA
Attorneys for Plaintiffs KING PHARMACEUTICALS, INC., MONARCH PHARMACEUTICALS, INC., KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC. and GENTRAC, INCORPORATED

Dated: March 15, 2011

WILSON SONSINI GOODRICH & ROSATI

By _____
MICHAEL H. RUBIN, ESQ.
Attorneys for Non-Party GOOGLE, Inc.

**IT IS SO ORDERED.**

DATED: March 16, 2011
_____
Hon. Magistrate Judge Howard R. Lloyd

1  Pursuant to the Northern District of California Electronic Filing Procedures and General Order
2  No. 45, I attest that concurrence in the filing of this document has been obtained from the signatories
3  listed above.
4  Dated: March 15, 2011                             CHIARELLI & MOLLICA LLP

                                                    By ____Terry J. Mollica_____
                                                    TERRY J. MOLLICA
                                                    Attorneys for Plaintiffs KING PHARMACEUTICALS,
                                                    INC., MONARCH PHARMACEUTICALS, INC., KING
                                                    PHARMACEUTICALS RESEARCH AND
                                                    DEVELOPMENT, INC. and GENTRAC,
                                                    INCORPORATED